# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1509

_____

Theodis Brown, Sr.,                         *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
      v.                                    *   District Court for the Eastern
                                            *   District of Missouri.
RICO Defendants;                            *
Unnamed Defendants,                         *        [UNPUBLISHED]
                                            *
            Appellees.                      *

_____

Submitted: June 18, 2009
Filed: June 23, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Theodis Brown, Sr. (Brown), appeals after the district court[1] dismissed his discrimination complaint under 28 U.S.C. § 1915(e)(2)(B). Having carefully reviewed the record, we find no basis for reversal. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (explaining an appellate court reviews de novo a district court's § 1915(e)(2)(B) dismissal). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny all of Brown's pending motions.

_____

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.